UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>1519 SOUTH 2nd AVENUE, YAKIMA, WASHINGTON TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>　　　　　Defendant. | No. CV-06-3015-EFS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　BEFORE THE COURT, without oral argument, is Plaintiff United States of America's Motion for Summary Judgment (Ct. Rec. 27). After reviewing the submitted material and relevant authority, the Court is fully informed and grants Plaintiff's Motion for Summary Judgment. The Court finds the Government has established that the property at issue is subject to forfeiture and Claimant has not put forward evidence demonstrating a defense to forfeiture.

ORDER ~ 1

In a plea agreement signed on September 8, 2005, in case CR-05-2062-FVS, Marisol Jimenez-Mejia agreed to

> voluntarily relinquish all right, title and interest in the following property in favor of the United States pursuant to 21 U.S.C. § 881(a)(6) and (7), as property used to commit or facilitate a violation(s) of 21 U.S.C. § 841(a)(1) and/or as property purchased with proceeds traceable to such offense(s), and hereby agrees to execute any and all forms and pleadings necessary to effectuate such forfeiture of the property more specifically described as follows:
>     a. Real property known as 1519 South Second Avenue, Yakima, Washington . . .

(Ct. Rec. 29-2 at 8). In the instant case, the following individuals signed a Stipulation for Order of Forfeiture: Assistant United States Attorney Jane Kirk; Robert Chavez, Attorney for Marisol Jimenez-Mejia; Antonio Salazar, Attorney for Marisol Jimenez-Mejia; Marisol Jimenez-Mejia; George Paul Trejo, Attorney for Miriam Cabrera-Garcia; Miriam Cabrera-Garcia; Arturo Hernandez-M, Attorney for Jesus Jimenez-Mejia; Georgia Trejo-Locher, Attorney for Jesus Jimenez-Mejia; and Jesus Jimenez-Mejia (Ct. Rec. 3). The stipulation concluded that this Court has jurisdiction, venue is proper, 1519 South 2nd Avenue, Yakima, Washington is the property to be forfeited, and the stipulation listed the criminal cases and the plea agreements that subjected the property to forfeiture.

Despite the plea agreement and the stipulation, Claimant Marisol Jimenez filed an answer to the verified complaint listing nine affirmative defenses. However, Claimant has not filed any documents in response to the Government's Motion for Summary Judgment. At no point in this case has Claimant filed any documents supporting the claims and defenses listed in Claimant's answer or disputing the facts as portrayed

ORDER ~ 2

in the Government's verified complaint (Ct. Rec. 1) and the Government's Motion for Summary Judgment (Ct. Rec. 27).

Based on the signed plea agreement and the Stipulation for Order of Forfeiture, this Court finds good cause to grant the Government's Motion for Summary Judgment.

Accordingly, **IT IS HEREBY ORDERED:** the Government's Motion for Summary Judgment **(Ct. Rec. 27)** is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to:

(a) enter this Order;

(b) enter Judgment in favor of the Government;

(c) close this file; and

(d) provide copies to all counsel.

**DATED** this 13th day of April 2007.

s/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2006\3015.MSJ2.wpd