AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,
        Plaintiff,

v.

1519 SOUTH 2nd AVENUE, YAKIMA, WASHINGTON TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,
        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-3015-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff pursuant to the Order Granting Plaintiff's Motion for Summary Judgment (Ct. Rec. 31) entered on April 13, 2007.

| | |
|---|---|
| April 13, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |